UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TERRY WAYNE FAIRCLOTH, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 5:14-CV-97-F |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Government's unopposed Motion to Dismiss for Lack of Subject Matter Jurisdiction is ALLOWED and the Plaintiff's claim is DISMISSED without prejudice for failure to exhaust administrative remedies.

**This Judgment Filed and Entered on June 23, 2014, and Copies To:**

Terry Wayne Faircloth (2327 Wade Stedman Road, Stedman, NC 28391)
R. A. Renfer, Jr. (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| June 23, 2014 | /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk |